United States District Court

District Of Kansas

FILED
U.S. District Court
District of Kansas

JUN 3 2024

Clerk, U.S. District Court
By _____ Deputy Clerk

Damon L. Wheeler

     Plaintiff


     Vs   Case number:24-1030


Labor Max

     Defendant


     Petition To Review


In Conjunction with the United States District Court plaintiff Damon L.Wheeler filing this petition to review under federal court Statue 28 u.s. code s. 2347 under the circumstances no reply or review has been approved since plaintiff's initial motion to show Cause was filed in February 2024 in the United States District Court. Plaintiff has documented federal violations in which former employer did actually violate and the plaintiff providing a "Right To Sue" letter provided by the Equal Employment Opportunity Commission in partnership with the Kansas Human Rights Commission documenting specific violations in which took place under the Americans with disabilities Act 29 CFR part 525, Retaliation Code K.S.A. 44-1132 and Violation Against Freedom of Religion Act article 25 of the First Amendment with Plaintiff Damon L.Wheeler being a reformed member of A Structuralized Latino Organization in Which does not prohibit any Employer from discharging An employee from their religious/Spiritual beliefs with Retaliation and Americans with Disabilities Act. Plaintiff asks that this Motion forma Pauperis is Reviewed and approved by the United States District Court.

On this 30th Day of May Plaintiff ask that This Petition to Review be Granted from a Judicial decision., Wither grantment of Trial or An Alternative Source of Settling can come to Disposition.

     Damon L.Wheeler

*Damon L. Wheeler
408 E. LINCOLN ST
Wichita, KS 67211

Maahummaestro83@
Gmail.com
872-248-7566*