FILED
U.S. District Court
District of Kansas

AUG 2 0 2024

Clerk, U.S. District Court
By \_\_MAM\_\_ Deputy Clerk

United States District Court

District of Kansas

Damon L. Wheeler

    Plaintiff

Vs          Case number: 24-1030

Labor Max                   *Amended*

    Defendant

## Motion To Show Cause

    In conjunction with the United States District Court Plaintiff Damon L. Wheeler filing This Motion to Show Cause under the Circumstances that former employer Labor Max were in violation of Federal Statue 29 CFR part 525 Americans With Disabilities Act from employer resulting in wrongful termination. Employee Damon L. Wheeler was hired for General Labor by Labor Max 8-18-23 to 8-21-23 ending with the employment assignment by Kansas Sign. With a cause as to where employer violated federal statue 29 CFR part 525 due to employee Damon L. Wheeler listing that he has a documented disability but could perform job discriptive duties. Individuals at Labor Max resulted in Retaliation on Plaintiff Damon L. Wheeler's documented mental disorder ( schizo affective) disorder knowing employee Damon L. Wheeler was treated with Medication by Comcare (a state jurisdictional agency)under Title 21 CFR 291.505(d)(1)

As to employee's well being for Labor Max . Plaintiff Notified Avery Sons ( Labor Max supervisor)Aug 31st of his availability and not for his responsibilities to be placed on others per job assignment. Employee Damon L. Wheeler became Retaliated against by remaining in contact everyday for months watching others be sent out on job assignments instead of himself. Under

29 CFR 1630.12 knows that he became Retaliated against by employees and under Federal Rule 603 could provide emails, check stubs, and if affidavits to support his claim of discrimination. Damon L. Wheeler can provide substantial evidence to proceed in the suit against Labor Max for violations of Retaliation, Americans With Disabilities Act to proceed in the United States District Court in this motion complaint to Show Cause for the United States District Court to examine in reference as to why this motion should be granted on this 16th day of August 2024.

*Damon Wheeler*
408 E. Lincoln
Wichita, KS 67211
316-794-0351