# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Damon Lamont Wheeler, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Case No. 24-1030-DDC-GEB |
| Labor Max, | ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before the Court on Plaintiff Damon Lamont Wheeler's Amended Complaint (ECF Nos. 13 and 16). Upon careful screening of the Amended Complaint, as required by 28 U.S.C. § 1915(e)(2)(B), for the reasons outlined below, the stay of service is lifted, and Plaintiff's Amended Complaint is to be served on Defendant.

Under 28 U.S.C. § 1915(a), the Court has discretion[1] to authorize filing of a civil case "without prepayment of fees or security thereof, by a person who submits an affidavit that . . . the person is unable to pay such fees or give security thereof." "Proceeding *in forma pauperis* in a civil case 'is a privilege, not a right—fundamental or otherwise.'"[2] Both the Tenth Circuit and the District of Kansas has a liberal policy toward permitting proceedings *in forma pauperis*.[3]

---

[1] *Barnett ex rel. Barnett v. Nw. Sch.*, No. 00-2499-KHV, 2000 WL 1909625, *1 (D. Kan. Dec. 26, 2000) (citing *Cabrera v. Horgas*, No. 98-4231, 173 F.3d 863, *1 (10th Cir. April 23, 1999)).
[2] *Id.* (quoting *White v. Colorado*, 157 F.3d 1226, 1233 (10th Cir. 1998)).
[3] *Mitchell v. Deseret Health Care Facility*, No. 13-1360-RDR, 2013 WL 5797609, *1 (D. Kan. Sept. 30, 2013) (citing, generally, *Yellen v. Cooper*, 828 F.2d 1471 (10th Cir. 1987)).

On July 2, 2024, the Court granted Plaintiff's Motion to Proceed Without Prepayment of Fees and stayed service of process until a Show Cause Hearing was conducted on August 15, 2024 regarding Plaintiff's initial complaint. (ECF No. 8). The Court held a Show Cause Hearing with Plaintiff on August 15, 2024 where the Court ordered Plaintiff to amend his complaint and include sufficient detail regarding his charge of discrimination, as discussed in the hearing, by October 16, 2024. (ECF No. 12). Plaintiff filed an Amended Complaint on August 20, 2024. (ECF No. 13).

Under Fed. R. Civ. P. 8(a), every complaint must contain three minimal pieces of information: 1) the pleading should contain a short and plain statement of the claim showing that Plaintiff is entitled to relief; 2) a short and plain statement of the grounds for the Court's jurisdiction; and 3) a statement of the relief requested. After careful review of Plaintiff's Amended Complaint (ECF Nos. 13 and 16), the Court finds the stay of service of process should be lifted.

**IT IS THEREFORE ORDERED** service of process shall be undertaken by the clerk of court under 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3).

**IT IS SO ORDERED**

Dated at Wichita, Kansas this 5th day of December 2024.

s/ Gwynne E. Birzer
GWYNNE E. BIRZER
United States Magistrate Judge